80

(No. 74-CC-92— )

188 RANDOLPH BUILDING CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, HEALTH CARE LICENSURE COMMISSION, Respondent.

*Opinion filed August 14, 1974.*

188 RANDOLPH BUILDING CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-94— )

MARGARET H. ELDREDGE, Claimant, *vs.* STATE OF ILLINOIS, HEALTH CARE LICENSURE COMMISSION, Respondent.

*Opinion filed August 14, 1974.*

MARGARET H. ELDREDGE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.